127 A.3d 1291

Tyree LAWSON, Petitioner

v.

COURT OF COMMON PLEAS of PHILADELPHIA COUNTY, Respondent.

No. 139 EM 2015.

Supreme Court of Pennsylvania.

Dec. 10, 2015.

## ORDER

PER CURIAM.

AND NOW, this 10th day of December, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and Other Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282

(2010) (providing that hybrid representation is improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.